IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

VS.      3:10CR260

ABDIFATAH JAMA ADAN et. al

MOTION FOR LEAVE TO FILE UNDER SEAL

[Handwritten: On MSM, This motion is GRANTED. /s/ [Judge] 5-11-12]

Comes now the Defendant Mustafa Ahmed Mohamed (20) by and through counsel and moves the court for leave to file Defendant's Motion for Release Pending Appeal pursuant to 18 U.S.C, 3143 (c)(2) under seal.

> Respectfully Submitted,
> MACK AND WHITTAKER,
> ATTORNEYS AT LAW
> BY: ___/s/ *Clayton M. Whittaker*___
> Clayton M. Whittaker, BPR # 13461
> Attorney for Defendant
> 846 Oak Street
> Chattanooga, TN 37403
> (423) 265-4736
> (423) 265-4815 Fax