IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
) No. 3-10-00260
v. )
)
MUSTAFA AHMED MOHAMED )

O R D E R

Pursuant to the order entered June 18, 2012 (Docket Entry No. 2578), a hearing was scheduled on June 27, 2012, to establish conditions of release in accord with the order entered June 15, 2012 (Docket Entry No. 2576). In the interim, the government filed a motion to reconsider (Docket Entry No. 2582) the June 15, 2012, order. A hearing on the motion to reconsider was held on June 25, 2012.

On June 27, 2012, the Court ordered that the defendant be released on certain conditions of release if and when the Court denied the government's motion to reconsider.

If the Court denies the government's motion to reconsider, counsel for the government and defendant shall notify the office of the Magistrate Judge and the U.S. Marshal so that the defendant can be released. In that event, the conditions of release imposed on June 27, 2012, shall become effective.

If the Court grants the government's motion to reconsider, the defendant shall remain detained and the conditions of release shall be null and void.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge