IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:10-00260 (20) |
| v. | ) | JUDGE HAYNES |
| | ) | |
| MUSTAFA A. MOHAMED | ) | |

**DEFENDANT MUSTAFA MOHAMED'S NOTICE TO STRIKE MOTION TO ADOPT MOTION FOR CHANGE OF VENUE FILED BY DEFENDANT ABDULLAHI AFYARE**

[Handwritten annotation: ORDER Based on this notice, Defendant Mustafa Mohamed's motion to adopt (D/E No 3288) is DENIED as moot. /s/ [Judge signature] 9-3-13]

Defendant Mustafa A. Mohamed, by and through undersigned counsel, does hereby give notice that he requests permission to strike the motion to join (Docket Entry No. 3288) that was filed to adopt a motion filed by Defendant Abdullahi Sade Afyare (2) requesting a change of venue (Docket Entry No. 3271).

THE LAW OFFICE OF DAVID L. COOPER, P.C.
s/ David L. Cooper
DAVID L. COOPER, BPR# 11445

Third Avenue North Building
208 Third Avenue, North
Suite 300
Nashville, TN 37201
(615) 256-1008

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing **Notice to Strike Motion to Adopt Motion for Change of Venue** has been delivered by the Court's CM/ECF system to **Van Vincent, AUSA,** 110 9th Ave. South, Suite A-961, Nashville, TN 37203-3870, on this 30th day of August, 2013.

s/ DAVID L. COOPER
DAVID L. COOPER

1