IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 3:10-00260 |
| | ) Chief Judge Haynes |
| ABDIFITAH JAMA ADAN, et al., | ) |

## ORDER

For the reasons previously set forth in the Court's order dated October 22, 2013 (Docket Entry No. 3497), the following motions are **DENIED**, without prejudice to the parties' right to renew at a later date, for lack of jurisdiction: motion to sever counts by Abdullahi Sade Afyare (**Docket Entry No. 3270**); and motion to review the order of detention by Mustafa A. Mohamed (**Docket Entry No. 3384**).

It is so **ORDERED**.

**ENTERED** this the 7th day of November, 2013.

William J. Haynes, Jr.
Chief Judge
United States District Court