UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   No. 3:10-cr-00260 |
| | )   Chief Judge Sharp |
| ABDIFITAH JAMA ADAN, *et al.* | ) |
| | ) |

## ORDER

The Government's Motion to Dismiss (Docket No. 3796) with prejudice all outstanding charges against the remaining Defendants in this case is hereby GRANTED. In light of this ruling, all pending Motions are DENIED AS MOOT. Further, all terms and conditions of supervised release imposed as to any of the remaining Defendants are hereby VACATED.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE